IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

DEERE & COMPANY,
    Plaintiff,

v.

XAPT CORPORATION,
    Defendant.

Case No. 4:19-cv-04210-SLD-JEH

**Order**

The Plaintiff's Complaint (Doc. 1) asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction. The allegations of the Complaint do not sufficiently support that assertion.

The Complaint alleges the following information about the parties. Plaintiff Deere & Company is a Delaware corporation with its headquarters in Moline, Illinois. Defendant XAPT Corporation is a Florida corporation with its headquarters in Miami, Florida.

The Seventh Circuit Court of Appeals has explained that "what matters for the citizenship of a corporation is its state of incorporation and its principal place of business, not its 'headquarters.'" *Dalton v. Teva North America*, 891 F.3d 687, 690 (7th Cir. 2018); *see also* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ."). The current allegations of citizenship as to the corporation parties are insufficient.

The Court may grant leave to amend defective allegations of subject matter jurisdiction pursuant to 28 U.S.C. § 1653. *See also Leaf v. Supreme Court of State of*

*Wis.*, 979 F.2d 589, 595 (7th Cir. 1992) ("[L]eave to amend defective allegations of subject matter jurisdiction should be freely given").  Accordingly, the Plaintiff is directed to file an amended complaint within 14 days of this date that adequately alleges the factual basis for this Court's jurisdiction.

*It is so ordered.*

Entered on October 21, 2019.

<u>s/Jonathan E. Hawley</u>
U.S. MAGISTRATE JUDGE