IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| DEERE & COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 4:19-cv-4210 |
| XAPT CORPORATION; XAPT SOLUTIONS PTY LTD; XAPT KFT; and COSMO CONSULT BUSINESS SOLUTIONS S.R.L, | ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO DISMISS OR STAY UNDER FED. R. CIV. P. 12(b)(1), (6) BY DEFENDANTS XAPT KFT AND COSMO CONSULT BUSINESS SOLUTIONS SRL**

Defendant, XAPT KFT and COSMO CONSULT BUSINESS SOLUTIONS SRL ("Cosmo"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), move to dismiss or stay the Second Amended Complaint filed against it by Plaintiff, DEERE & COMPANY ("Deere"), under the abstention doctrine articulated in *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), stating as follows:

1. Co-defendant, XAPT Corp. has moved to dismiss or stay partially on the same basis as the present defendants, who fully join the abstention argument raised in that motion and the reasoning articulated in it. However, separate facts apply to XAPT KFT and Cosmo that justify an additional motion.

2. For further clarification and detail, and pursuant to Local Civ. R. 7.1(B)(1), the moving defendants concurrently submit their Brief in support of this Motion and fully incorporate it here by reference.

3.     XAPT KFT and Cosmo bring this motion as an alternative to their motions to dismiss for lack of personal jurisdiction [DE 96, 97, 108, 109], and only argue for abstention in the event the Court finds personal jurisdiction is present.

WHEREFORE, XAPT KFT and Cosmo, by counsel, request that this Court dismiss or stay Deere's Second Amended Complaint, and grant all other appropriate relief.

Respectfully submitted,

XAPT KFT and Cosmo

By: /s/ *Joseph R. Marconi*
      One of its Attorneys

Joseph R. Marconi - #01760173
Victor J. Pioli - #6256527
Samuel D. Branum - #6326622
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
marconij@jbltd.com
pioliv@jbltd.com
branums@jbltd.com
(312) 372-0770
(312) 372-9818 (fax)

*Attorneys for Defendant,*
*XAPT KFT*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

/s/ *Joseph R. Marconi*